## NATIONAL COUNCIL JUNIOR ORDER UNITED AMERICAN MECHANICS *v.* BOSWORTH.

HILL, J. Under the pleadings and the evidence the trial judge did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., disqualified.*

No. 3498. JULY 13, 1923. REHEARING DENIED SEPTEMBER 11, 1923.

Petition for injunction. Before Judge Bell. Fulton superior court. October 20, 1922.

*R. B. Blackburn,* for plaintiff.

·*B. P. Gambrell,* for defendant.